IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARK PERSON, COLLEEN ANN DORAN, as Personal Representative of the Estate of ROBERT MICHAEL DORAN, SHELLY VERNON, ROBERT VERNON, TERENCE BUCHANAN, BOWER RANCH INC., GARY GUNDERSON, GARY'S FARMS INC., and VAUGHN VOLUNTEER FIRE DEPARTMENT, INC., <br><br>   Plaintiffs, <br> vs. <br><br>TANNERITE SPORTS LLC; DANIEL J. TANNER, individually and acting under the assumed business name TANNERITE EXPLOSIVES; and DOES 1-50, <br><br>   Defendants. <br>TANNERITE SPORTS LLC, <br><br>   Third-Party Plaintiff, <br> vs. <br><br>DREW MICHAEL HEINEMAN, XAVIER VINCENTE MERCADO, and XAVIER VINCENTE MERCADO II, <br><br>   Third-Party Defendants. | Cause No. CV-21-93-GF-BMM-JTJ <br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Pursuant to the Stipulation for Dismissal filed by and between the parties, and good cause appearing,

1

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED this 1st day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court

c: Xavier Vincente Mercado, II
   1507 5th Ave N
   Great Falls, MT  59401